IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| **DIANA BOND,** *Individually,* § | |
| *as Representative/Heir of the* § | |
| **ESTATE OF TAMI BOND and** § | |
| *as next friend for* **A.R.B.,** *a minor child* § | |
| § | |
| v. § | CIVIL ACTION NO. 2:19-cv-00043 |
| § | JURY TRIAL |
| **NUECES COUNTY, TEXAS;** § | |
| **ELIZABETH ALVARADO,** *Individually*; § | |
| **JASMINE DRAKE,** *Individually*; § | |
| **MICHAEL ALVAREZ,** *Individually*; § | |
| **ANTHONY MUNOZ,** *Individually*; § | |
| **JOSE RODRIGUEZ,** *Individually*; § | |
| **LUIS RIVERA,** *Individually*; § | |
| **JOSE AGUAYO,** *Individually*; and § | |
| **CHRIS GOMEZ,** *Individually*; § | |
| **WELLPATH, LLC.;** and § | |
| **JACKIE BLEVINS,** *Individually*. § | |

## PLAINTIFF'S NOTICE OF APPEAL

**NOW COMES** Plaintiff, Diana Bond, *Individually, as Representative/Heir of the* Estate of Tami Bond, and *as next friend* for A.R.B., *a minor child*, filing this, her *Plaintiff's Notice of Appeal*, and showing unto the Court as follows:

1. Following much briefing concerning Plaintiff's pleadings, the Court – on September 5, 2019 – entered its *Order Granting Motion to Dismiss* (D.E. 46), wherein the Court dismissed all claims against Defendant Nueces County, Texas (hereinafter "County") based on the "insufficiency" of Plaintiff's pleadings and against all individual County defendants based on the "untimeliness" of the claims.

2. On September 19, 2019, Plaintiff filed her *Plaintiff's Motion to File Plaintiff's Third Amended Original Complaint* (D.E.49). On November 8, 2019, the Court entered its

*Order Denying Leave to Amend* (D.E.63), wherein the Court denied Plaintiff proposed amended complaint as futile and left intact its earlier dismissal of claims against County and the individual County Defendants.

3. On December 23, 2019, the Court entered its *Order Granting Motion to Dismiss* (D.E. 74), wherein the Court dismissed all remaining claims against Defendant Wellpath, LLC, and Jackie Blevins as time barred.

4. On December 23, 2019, the District Court entered a *Final Judgment* (D.E. 75), thereby making all orders final and appealable.

5. Plaintiff desires to appeal the above-noted orders as follows:

    a) *Order Granting Motion to Dismiss* (D.E. 46) (attached as Exhibit "1");

    b) *Order Denying Leave to Amend* (D.E.63) (attached as Exhibit "2); and

    c) *Order Granting Motion to Dismiss* (D.E. 74) (attached as Exhibit "3").

6. Plaintiff desires to appeal to the Fifth Circuit Court of Appeals.

    Respectfully submitted,

    **GALE LAW GROUP, PLLC**
    711 N. Carancahua St., Suite 514
    Corpus Christi, Texas 78401
    Mailing Address:
    P.O. Box 2591
    Corpus Christi, Texas 78403
    Telephone: (361)808-4444
    Telecopier: (361)232-4139

    By: */s/ Christopher J. Gale*
    Christopher J. Gale
    Texas Bar No. 00793766
    Southern District Bar No. 27257
    Chris@GaleLawGroup.com
    *Attorney-in-Charge for Plaintiff*

/s/ *Amie Augenstein*
Amie Augenstein
Texas Bar No. 24085184
Southern District Bar No. 2236723
Amie@GaleLawGroup.com
*Attorney for Plaintiff*

### NOTICE OF ELECTRONIC FILING

The undersigned counsel hereby certifies that he has electronically submitted for filing a true and correct copy of the above and foregoing in accordance with the Electronic Case Files System of the Southern District of Texas on the 20th day of January, 2020.

/s/ *Christopher J. Gale*
Christopher J. Gale

### CERTIFICATE OF SERVICE

I hereby certify that on this the 20th day of January, 2020, the above and foregoing was sent to the following counsel of record by the means indicated below:

| | |
|---|---|
| Patrick Overman<br>Laura Jimenez<br>NUECES COUNTY ATTORNEY<br>901 Leopard St., Room 207<br>Corpus Christi, Texas 78401 | *Via E-File Notification* |
| Nichol L. Bunn<br>C. Trey Scott<br>LEWIS, BRISBOIS, BISGAAR & SMITH, LLP<br>2100 Ross Avenue, Suite 2000<br>Dallas, Texas 75201 | *Via E-File Notification* |

/s/ *Christopher J. Gale*
Christopher J. Gale